1849.50
280413

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

In re:  
JAMES T MCNALLY

Debtor(s).

Case No. 17-51122-JAM-13

(CHAPTER 13)

---

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: March 8, 2019

/s/ Roberta Napolitano, Trustee  
Roberta Napolitano, Trustee tr08378  
Chapter 13 Standing Trustee  
(860) 278-9410 tele  
(860) 527-6185 fax  
e-mail: rnapolitano@ch13rn.com

FILED 2019 MAR 11 P 1:29
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

# EXHIBIT A

Case Name:     JAMES T MCNALLY
Case Number:   1751122

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| JAMES T MCNALLY<br>995 HILL TOP DR.<br>STRATFORD, CT 06614 | 899 | | | $1,849.50 |